, Jr.PROB 12B
(7/93)

Report Date: October 6, 2008

## United States District Court

for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 10 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Michael Eugene Carpenter, Jr.    Case Number: 2:04CR02080-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 10/28/2004    Type of Supervision: Supervised Release

Original Offense: Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)    Date Supervision Commenced: 9/25/2008

Original Sentence: Prison - 60 Months; TSR - 24 Months    Date Supervision Expires: 9/24/2010

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The offender completed his 60-month term of confinement on September 25, 2008, to begin a 2-year term of supervised release. The offender released from the Residential Re-entry Center (RRC) located at the Franklin County, Washington work release facility. On September 25, 2008, the offender met with the probation officer to go over conditions of supervised release. At the time the offender met with the probation officer, the offender provided a urine sample, which tested positive for amphetamine. When questioned by the probation officer, the offender reported he was given an unknown medication, from a stranger on a bus for his sinuses on September 24, 2008, while still at the RRC. The offender later admitted to knowingly taking an "upper," knowing it was a stimulant. Subsequent urine tests have been negative.

The offender was admonished by the probation officer for his behavior and was advised of the potential consequences. As the probation officer cannot prove that the ingestion of the controlled substance occurred while the offender was on supervision, no violation request will be made of the Court at this time. The probation officer is requesting the Court modify the conditions of supervised release to include a urine testing condition and substance abuse treatment, which will be imposed if needed. The offender has agreed to the proposed modification and has signed a waiver, which is attached for the Court's review.

The offender has displayed very poor judgment very early in the supervision process and will require close supervision. The offender has been advised that any further violation behavior will result in a return before the Court for revocation proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10-6-08

Kevin Crawford
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/10/08
Date