PROB 12B
(7/93)

Report Date: July 21, 2010

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 3 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Michael Eugene Carpenter | Case Number: 2:04CR02080-001 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko | |
| Date of Original Sentence: 10/28/2004 | Type of Supervision: Supervised Release |
| Original Offense: Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) Possession of Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) | Date Supervision Commenced: 9/25/2008 |
| Original Sentence: Prison - 60 Months; TSR - 24 Months | Date Supervision Expires: 9/24/2010 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Mr. Carpenter completed his 60-month term of confinement on September 25, 2008, to begin a 2-year term of supervised release. The offender released from the Residential Re-entry Center (RRC) located at the Franklin County, Washington work release facility. Over the past several months Mr. Carpenter has been experiencing an increased level of feeling distressed, frustrated and angry related to limited employment, finances, having a new child and relationship discord. He has requested the opportunity to attend counseling to broaden his coping skills and better handle his emotions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    21 July 2010

Stephen Krous
U.S. Probation Officer

Prob 12B
Re: Carpenter, Michael Eugene
July 20, 2010
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

7/22/10
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____  Signed: _____
Stephen Krous                                                Michael Eugene Carpenter
U.S. Probation Officer                                    Probationer or Supervised Releasee

July 21, 2010
Date